No. 00–1737. WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC., ET AL. *v.* VILLAGE OF STRATTON ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 971.] Motions of Electronic Privacy Information Center et al. and Church of Jesus Christ of Latter-day Saints for leave to file briefs as *amici curiae* granted.

No. 00–1751. ZELMAN, SUPERINTENDENT OF PUBLIC IN-STRUCTION OF OHIO, ET AL. *v.* SIMMONS-HARRIS ET AL.;
No. 00–1777. HANNA PERKINS SCHOOL ET AL. *v.* SIMMONS-HARRIS ET AL.; and
No. 00–1779. TAYLOR ET AL. *v.* SIMMONS-HARRIS ET AL. C. A. 6th Cir. [Certiorari granted, 533 U. S. 976.] Motion of petitioners Hanna Perkins School et al. for additional time for oral argument and for divided argument granted, and 10 additional minutes allotted for that purpose. Motion of respondents for additional time for oral argument and for divided argument granted, and 10 additional minutes allotted for that purpose.

No. 00–1770. DEPARTMENT OF HOUSING AND URBAN DEVEL-OPMENT *v.* RUCKER ET AL. C. A. 9th Cir. [Certiorari granted, 533 U. S. 976]; and
No. 00–1781. OAKLAND HOUSING AUTHORITY ET AL. *v.* RUCKER ET AL. C. A. 9th Cir. [Certiorari granted, *ante,* p. 813.] Motion of the Solicitor General for divided argument granted. JUSTICE BREYER took no part in the consideration or decision of this motion.

No. 01–46. FEDERAL MARITIME COMMISSION *v.* SOUTH CARO-LINA STATE PORTS AUTHORITY ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 971.] Motion of the Solicitor General for divided argument granted, and the time for oral argument is divided as follows: 20 minutes for the Federal Maritime Commission and 10 minutes for the Solicitor General.

No. 01–400. BELL, WARDEN *v.* CONE. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1064.] Motion for appointment of counsel granted, and it is ordered that Robert L. Hutton, Esq., of Memphis, Tenn., be appointed to serve as counsel for respondent in this case.